UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ELLIOT DAVIS,

                Plaintiff,

- v -

SPEECHWORKS INTERNATIONAL, INC.,

                Defendant.

Civil Action No.
03-CV-0533S(F)

---

### DECLARATION OF CATHERINE S. SWIFT REGARDING ACCURACY OF TRANSLATION OF JAPANESE PATENT APPLICATION JP58-7692

I, Catherine S. Swift, hereby declare and state as follows:

1.    I am a Japanese-English technical translator with 16 years of translation experience, and I am a member in good standing with the American Translators Association. A copy of my RIC International, Inc. ("RIC") Translator Profile and curriculum vitae is attached to this certification as Exhibit 1.

2.    Working in coordination with project manager Thomas Martorelli of RIC, I completed a translation of Japanese Patent Application JP58-7692 ("Sakoe I") on or about March 19, 2004.

3.    The translation was completed in accordance with RIC's strict Quality Management Processes, as set forth in the document attached to this declaration as Exhibit 2.

4.    In the course of preparing this declaration, I carefully reviewed the Japanese original of Sakoe I and my original translation. After my review, I was able to

CS

confirm the accuracy of the original translation. I also incorporated four minor changes to make the original translation more precise. Three of these revisions are simple word substitutions, and the fourth incorporates an additional phrase appearing in the second paragraph under the "Detailed Description of the Invention" section of the translated application. This additional phrase was overlooked and inadvertently omitted from the original translation. A revised translation and a red-lined copy of the original are attached to this declaration as Exhibit 3.

5. I certify, to the best of my knowledge and belief that the translation of Sakoe I designated SW044721-726, with the revisions submitted herewith, is a true, accurate and complete translation from Japanese into English of Japanese Patent Application JP58-7692, designated SW044727-729.

I declare under penalties of perjury that the foregoing is true and correct. Executed this 21st day of October, 2005.

                                                   */s/ Catherine S. Swift*
                                                   Catherine S. Swift

02639/00541 438800.1